**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1634**

---

KENDRICK OYOLA,

        Plaintiff - Appellant,

    v.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,

        Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:21-cv-00540-PX)

---

Submitted:  November 27, 2023               Decided:  February 14, 2024

---

Before KING, AGEE, and BENJAMIN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Kendrick Oyola, Appellant Pro Se.  James Clay Rollins, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kendrick Oyola appeals the district court's order granting Defendant's motion to dismiss his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Oyola v. Washington Metro. Area Transit Auth.*, No. 8:21-cv-00540-PX (D. Md. May 27, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
